IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

MUELLER COPPER TUBE
PRODUCTS, INC.,

    Plaintiff,

Vs.                        Case No. 04-2617Ma V

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,

    Defendant.                    JURY DEMANDED

## ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

This matter came on to be heard upon the motion of the Defendant for additional time through and including July 5, 2005 within which to respond to Plaintiff's motion to compel discovery; upon the L.R. 7.02 Certificate of Consultation of counsel confirming Plaintiff has no objection to said request, upon good cause shown, and upon the entire record in the cause from all of which the Court finds that the Defendant's motion is well taken and that Defendant should be granted and is hereby granted through and including July 5, 2005 within which to respond to Plaintiff's motion to compel discovery.

IT IS ORDERED, ADJUDGED AND DECREED this the 25th day of June, 2005.

_Diane K. Vescovo_
~~SAMUEL H. MAYS, JR.~~
UNITED STATES ~~DISTRICT~~ _Magistrate_ JUDGE

N:\DHT\2004\04-532D\Pleadings\Order Grant Addition Time 6-21-05.wpd

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Honorable Samuel Mays
US DISTRICT COURT