THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ___ Y ____ J.C.

05 JUN 27 PM 4: 1_

| | |
|---|---|
| MUELLER COPPER TUBE PRODUCTS, INC., ) ) ) | |
| Plaintiff, ) | CASE NO. 04-2617 Ma V |
| ) v. ) ) | |
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

## ORDER EXTENDING TIME

For good cause shown, the time within which Plaintiff may serve its responses to Defendant's First Set of Interrogatories and Requests for Production of Documents is extended to and including July 22, 2005.

This the 25th day of June, 2005.

_____
~~Clerk, United States District Court~~
United States Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 72(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on June 29, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT