IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -5  AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MUELLER COPPER TUBE PRODUCTS, INC.,

    Plaintiff,

VS.                                    NO. 04-2617-MaV

PENNSYLVANIA MANUFACTURERS' ASSN.
INSURANCE COMPANY,

    Defendant.

---

## ORDER AMENDING SCHEDULE

---

Before the court is defendant's August 1, 2005, unopposed motion requesting that the court enter an amended scheduling order in accordance with the new trial date which was set during the May 24, 2005, status conference.  For good cause shown, the court grants the motion and amends the schedule as follows:

1.  The deadline for completing discovery, including production of documents and completion of depositions, is November 15, 2005.

2.  Expert witness depositions will be completed by November 1, 2005.

3.  The deadline for filing potentially dispositive motions is November 15, 2005.

4.  The parties will submit a proposed joint pretrial order by 5:00 p.m. on February 3, 2006.

5.  A pretrial conference is set Friday, February 10, 2006,

at 10:00 a.m.

6.   The case is reset for trial on Tuesday, February 21,

2006, at 9:30 a.m. and is expected to take 3 to 4 days.

Absent good cause, the amended schedule set by this order

will not be modified or extended.

So ORDERED this __4th__ day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT