IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -8 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MUELLER COPPER TUBE
PRODUCTS, INC.,

    Plaintiff,

Vs.

                                  Case No. 04-2617Ma V

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,

    Defendant.                                JURY DEMANDED

### ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO SUPPLEMENT RESPONSES TO CERTAIN INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

This matter came on to be heard upon the motion of the Defendant for additional time to supplement their responses to certain interrogatories and requests for documents identified in this Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Compel entered July 18, 2005, upon the Certificate of Consultation of Counsel confirming Plaintiff has no objection to said request, and upon the entire record in the cause from all of which the Court finds that Defendant's motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant has through and including August 11, 2005 to supplement their discovery responses in accordance with this Court's Order Granting in Part and Denying in Part Plaintiff's Motion to Compel entered July 18, 2005.

IT IS SO ORDERED this 8th day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-10-05

28

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT