IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -8 AM 11: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**MUELLER COPPER TUBE
PRODUCTS, INC.,**

    **Plaintiff,**

Vs.                                          Case No. 04-2617Ma V

**PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,**

    **Defendant.**                         **JURY DEMANDED**

## AMENDED SCHEDULING ORDER

This matter came on to be heard upon the motion of the Defendant for entry of an Amended Scheduling Order based upon the continuance of this case from October 24, 2005 to February 21, 2006, and upon the entire record in the cause from all of which the Court finds that the December 15, 2004 Scheduling Order should be amended as follows:

COMPLETING ALL DISCOVERY:    November 15, 2005

    (a)    DOCUMENT PRODUCTION:    November 15, 2005

    (b)    DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:    November 15, 2005

FILING DISPOSITIVE MOTIONS:    November 15, 2005

The balance of the original Scheduling Order entered December 15, 2004 is incorporated herein by reference.

IT IS SO ORDERED, ADJUDGED AND DECREED this 8th day of August, 2005.

Diane K. Vescovo
~~SAMUEL H. MAYS, JR.~~
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-10-05

29

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on August 10, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT