IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 15 PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

MUELLER COPPER TUBE
PRODUCTS, INC.,

    Plaintiff,

Vs.                          Case No. 04-2617Ma V

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,

    Defendant.                    JURY DEMANDED

## ORDER GRANTING ADDITIONAL TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS

This matter came on to be heard upon the joint motion of the parties hereto for additional time within which to file dispositive motions through and including November 29, 2005; upon the L.R. 7.02 Certificate of Consultation of Counsel, and upon the entire record in the cause from all of which the Court finds that said motion is well taken and should be granted.

IT IS SO ORDERED, ADJUDGED AND DECREED this 15th day of November, 2005.

_____
SAMUEL H. MAYS, JR. MAGISTRATE
UNITED STATES ~~DISTRICT COURT~~ JUDGE

This document entered on the docket sheet in compliance
_____ 11-16-05

43

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT