IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 AM 7: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MUELLER COPPER TUBE PRODUCTS, INC.,

    Plaintiff,

VS.                                                                 NO. 04-2617-MaV

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE CO.,

    Defendant.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

    Before the court is the December 1, 2005, amended motion by defendant for permission to file a brief in support of its motion for summary judgment in excess of the Rule 7.2(e) page limitation.  For good cause shown, the motion is granted and the plaintiff may file a brief in excess of twenty pages.

    So ORDERED this 2d day of December, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-7-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT