UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -9 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

| | |
|---|---|
| MUELLER COPPER TUBE PRODUCTS, INC. ) ) ) Plaintiff, ) ) v. ) ) PENNSYLVANIA MANUFACTURERS ASSOCIATION INSURANCE COMPANY, ) ) ) ) ) Defendant. ) | Civil Action No. 04-2617 Ma V |

## ORDER GRANTING LEAVE TO FILE REPLY

This matter appears before the Court on Plaintiff Mueller Tube Product, Inc.'s Motion for Leave to File Reply, pursuant to Fed. R. Civ. P. 7 and LR 7.2. Having considered the materials filed with the Court, and in the Court's discretion, the subject Motion is hereby GRANTED. Plaintiff shall file and serve its Reply to Defendant's Response to Plaintiff's Motion to Compel Discovery and for Sanctions within seven (7) days of the date of this Order.

This the 9th day of December, 2005.

_____
Diane K. Vescovo
United States Magistrate Judge

465115-v1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-13-05

68

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT