IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20 PM 1: 58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MUELLER COPPER TUBE PRODUCTS, INC.,

    Plaintiff,

VS.                                    NO. 04-2617-MaV

PENNSYLVANIA MANUFACTURERS ASSOCIATION
INSURANCE COMPANY,

    Defendant.

---

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Before the court is the December 16, 2005, motion for admission *pro hac vice* of Alexander Elkan.  Mr. Elkan is a member in good standing of the bar of the state of North Carolina and is admitted to practice before the United States District Court for the Middle District of North Carolina.  Mr. Elkan has obtained and is familiar with the local rules and professional guidelines of this court.  For good cause shown, the motion is granted and Alexander Elkan is admitted to participate in this action as counsel for plaintiff.

It is so ORDERED this 20th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-22-05

72

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT