IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 20 PM 1:58

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF T MEMPHIS

MUELLER COPPER TUBE PRODUCTS, INC.,

    Plaintiff,

VS.                                               NO. 04-2617-MaV

PENNSYLVANIA MANUFACTURERS'
ASSOCIATION INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's December 19, 2005, unopposed motion requesting an extension of time within which to file a response to the defendant's motion for summary judgment. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including January 12, 2006, within which to file a response.

It is so ORDERED this 20th day of December, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with _____ 12-22-05

73

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 73 in case 2:04-CV-02617 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dale H. Tuttle
GLASSMAN JETER EDWARD & WADE
26 N. Second Street
Memphis, TN 38103

Robert J. King
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

George W. House
BROOKS PIERCE MCLENDON HUMPHREY & LEONARD
P.O. Box 26000
Greensboro, NC 27402

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Samuel Mays
US DISTRICT COURT